| | |
|---|---|
| RONDEL DELBERT GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:19-cv-0272 TLN KJN P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983. The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of drafting an amended complaint. Bryan L. Hawkins and Sarah E. Kozal have been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Bryan L. Hawkins and Sarah E. Kozal are appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of investigating the claim, then drafting and filing an amended complaint. The amended complaint will be due 90 days from the date of this order.

2. Bryan L. Hawkins and Sarah E. Kozal's appointment will terminate when plaintiff's amended complaint is filed, or files a notice that an amended complaint would not be

1

appropriate. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel through a settlement conference or trial. If counsel does not wish to continue representation of plaintiff after they have carried out their limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Bryan L. Hawkins and Sarah E. Kozal, Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA 95814.

Dated: October 2, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gard0272.31