UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDEL DELBERT GARDNER, | No. 2: 19-cv-0272 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2019, counsel was appointed for the limited purpose of investigating plaintiff's claim and drafting an amended complaint. (ECF No. 15.)

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 21, 2019 motions for discovery and summary judgment (ECF No. 14) are vacated as premature.

Dated: October 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gard272.vac

1